UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LARRY G. PHILPOT**              ) | |
|                                                             ) | |
|     **Plaintiff,**              ) | |
|                                                             ) | |
| v.                                                       ) | Civil Action No.: 1:20-cv-00590-AJT-TCB |
|                                                             ) | |
| **INDEPENDENT JOURNAL REVIEW**  ) | |
|                                                             ) | |
|     **Defendant.**         ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff Larry G. Philpot and Defendant Independent Journal Review, Inc. have resolved their differences and hereby stipulate to the dismissal of the case with prejudice.

Respectfully submitted,

CHARNOFF SIMPSON PLLC

/s/
Mikhael D. Charnoff, VSB. No 43929
CHARNOFF SIMPSON PLLC
111 Church Street NW, Suite 202 A
Vienna, VA 22180
(703) 291-6650
mike@charnoffsimpson.com

Creativity IP PLLC

/s/ Manuel Cordovez
Manuel Cordovez, Esq.
950 N Washington St.
Alexandria, VA 22314
(804) 876-2195
Manuel.Cordovez@CreativityIP.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I will electronically file the foregoing using the Court's CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record for all parties who have appeared in this action.

/s/ Mikhael D. Charnoff
Mikhael D. Charnoff